IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL ARZAGA, | 1:10-cv-00369-GSA-PC |
| Plaintiff, | ORDER DENYING EX PARTE MOTION FOR COURT TO DISTRIBUTE DOCUMENTS TO PLAINTIFF'S WITNESSES |
| vs. | |
| SERGEANT REED, | (Doc. 17.) |
| Defendant. | |

Daniel Arzaga ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff filed the Complaint commencing this action on February 8, 2010. (Doc. 1.) This action now proceeds on the Amended Complaint filed by Plaintiff on March 31, 2011, against defendant Sergeant Reed, for retaliation and unconstitutional conditions of confinement.[1] (Doc. 11.)

On August 12, 2011, Plaintiff filed an ex parte motion for the Court to distribute documents to Plaintiff's witnesses. (Doc. 17.) Plaintiff has prepared and submitted declarations to the Court for

---

[1] On June 30, 2011, the Court issued an order directing the United States Marshal to serve defendant Reed with a summons and copy of the Amended Complaint. (Doc. 14.) To date, defendant Reed has not been served or appeared in this action. (Court Record.)

1

his witnesses to complete and sign.  Plaintiff requests the Court to forward the declarations to the witnesses using certified mail.  Plaintiff asserts that he cannot mail the declarations himself because "it would breech (*sic*) security to contact witnesses at their respectable occupations."  (Motion, Doc. 17 at 1:16-19.)

    Plaintiff has not sufficiently explained why he is unable to send and receive mail using the process available at the prison.  In any event, the Court does not function as a mailing service for the parties.  Accordingly, Plaintiff's motion for the Court to distribute documents to his witnesses is HEREBY DENIED.

**IT IS SO ORDERED.**

**Dated:   August 22, 2011**             **/s/ Gary S. Austin**
UNITED STATES MAGISTRATE JUDGE

2