1          IN THE UNITED STATES DISTRICT COURT

2          FOR THE EASTERN DISTRICT OF CALIFORNIA

3

4    DANIEL ARZAGA,                        1:10-cv-00369-AWI-GSA-PC

5              Plaintiff,                  ORDER ADOPTING FINDINGS
                                           AND RECOMMENDATIONS
6         vs.                             (Doc. 51.)

7    SERGEANT REED,                        ORDER DENYING MOTION FOR
                                           PRELIMINARY INJUNCTIVE
8              Defendants.                 RELIEF
                                           (Doc. 49.)
9    _____/

10         Daniel Arzaga ("Plaintiff") is a state prisoner proceeding pro se in this civil rights action pursuant

11   to 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C.

12   § 636(b)(1)(B) and Local Rule 302.

13         On October 3, 2012, findings and recommendations were entered, recommending that Plaintiff's

14   motion for preliminary injunctive relief, requesting a court order compelling prison officials to forward

15   his legal materials to him, be denied.   Plaintiff was provided an opportunity to file objections to the

16   findings and recommendations within thirty days.  To date, Plaintiff has not filed objections or otherwise

17   responded to the findings and recommendations.

18         In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(B) and Local Rule 304, this Court

19   has conducted a <u>de novo</u> review of this case.  Having carefully reviewed the entire file, the Court finds

20   the findings and recommendations to be supported by the record and proper analysis.

21         Accordingly, THE COURT HEREBY ORDERS that:

22   1.    The Findings and Recommendations issued by the Magistrate Judge on October 3, 2012,

23         are ADOPTED in full; and

24   2.    Plaintiff's motion for preliminary injunctive relief, filed on August 30, 2012, is DENIED.

25   IT IS SO ORDERED.

26   Dated:    November 16, 2012

27                                          UNITED STATES DISTRICT JUDGE

28

1