UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL ARZAGA,<br><br>    Plaintiff,<br><br>    vs.<br><br>SERGEANT REED, et al.,<br><br>    Defendants. | 1:10-cv-00369-AWI-GSA-PC<br><br>ORDER DENYING MOTION TO SCHEDULE TRIAL<br>(Doc. 64.) |

   Daniel Arzaga is a state prisoner proceeding pro se with this civil rights action pursuant to 42 U.S.C. §1983. Plaintiff filed the Complaint commencing this action on February 8, 2010. (Doc. 1.) This case now proceeds on the First Amended Complaint filed by Plaintiff on March 14, 2011, against defendant Reed for retaliation and unconstitutional conditions of confinement. (Doc. 11.)

   On May 6, 2013, Plaintiff filed a motion to schedule a jury trial in this action. (Doc. 64.) Plaintiff requests a trial date as soon as possible, in light of the fact that Defendant Reed is not interested in participating in a settlement conference.

   A trial schedule for this action shall not be decided until after Defendant Reed's pending motion to compel and motion for summary judgment have been resolved.[1]  Thus, at

///

---

[1] On October 26, 2012, Defendant Reed filed a motion for summary judgment. (Doc. 52.) On March 14, 2013, Defendant Reed filed a motion to compel discovery responses. (Doc. 60.) Both of these motions are now pending.

1

this stage of the proceedings, it is premature to schedule a date for trial.  Therefore, Plaintiff's motion to schedule the trial shall be denied.

     Based on the foregoing, IT IS HEREBY ORDERED that Plaintiff's motion to schedule a jury trial in this action, filed on May 6, 2013, is DENIED.

IT IS SO ORDERED.

    Dated:   **May 8, 2013**                       **/s/ Gary S. Austin**
                                                  UNITED STATES MAGISTRATE JUDGE