UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| DANIEL ARZAGA, | ) | 1:10-cv-00369-AWI-GSA-PC |
| | ) | |
| Plaintiff, | ) | ORDER DENYING MOTIONS AS PREMATURE |
| | ) | |
| vs. | ) | (Docs. 66, 67) |
| | ) | |
| SERGEANT REED, et al. | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

Daniel Arzaga ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis with this civil rights action pursuant to 42 U.S.C. §1983. This case proceeds on the First Amended Complaint filed by Plaintiff on March 14, 2011, against Defendant Reed for retaliation and unconstitutional conditions of confinement. (Doc. 11.)

On May 17, 2013, Plaintiff filed a motion for the court to issue an order arranging to transport him to court for trial in this action, and a motion for subpoenas to compel the attendance of witnesses at trial. (Docs. 66, 67.)

Plaintiff's motions are premature. The trial for this action has not been scheduled, and a trial schedule shall not be decided until after Defendant Reed's pending motion to compel and motion for summary judgment have been resolved. (Docs. 52, 60.) Plaintiff was so advised in the court's order of May 8, 2013. (Doc. 65.) Once the trial has been scheduled, the court will issue an order instructing

1

Plaintiff on the procedures and deadlines for requesting witnesses for trial, and the court will *sua sponte* issue a writ ordering that Plaintiff be transported to court for trial. Because the trial for this action has not been scheduled, Plaintiff's motions are premature and shall be denied as such.

Based on the foregoing, Plaintiff's motions filed on May 17, 2013 are DENIED as premature.

IT IS SO ORDERED.

Dated:   **May 21, 2013**          /s/ **Gary S. Austin**
                                    UNITED STATES MAGISTRATE JUDGE

2